UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOMINICK LANDOLFI,

    Plaintiff,

v.     Case No.  6:11-cv-972-Orl-22TBS

CITY OF MELBOURNE,

    Defendant.
_____/

## ORDER

Pending before the Court is the parties' Joint Motion for Enlargement of Time to File Joint Pre-Trial Stipulation and Request for Expedited Ruling (Doc. 54).  Upon due consideration, the motion is GRANTED.  The parties shall have through July 30, 2012 within to file their Joint Pre-Trial Statement.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 23, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel